IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| Steven Nguyen, Individually, and on behalf of all others similarly situated under 29 U.S.C. §216(b) <br><br> Plaintiffs, <br><br> v. <br><br> MACTANZ, Inc. *d/b/a* Mac and Bob's Restaurant <br><br> ROBERT ROTANZ <br><br> JOE DISHAW <br><br> Defendants. | Case No. 7:18-cv-421 |

## AGREED ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendants Robert "Bob" Rotanz and Joe Dishaw, by counsel, moved for an extension until March 15, 2019 to file their responsive pleadings. Plaintiff, through counsel, consents to this request. Upon consideration of this motion and for good cause shown, it is hereby ORDERED that the time for these Defendants to file their responsive pleadings is extended to March 15, 2019.

ENTERED this 22nd day of January, 2019.

/s/ Elizabeth K. Dillon
Honorable Elizabeth K. Dillon
United States District Judge