# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Steven Nguyen**

vs.

**MACTANZ, Inc., et al**

Action No: 7:18CV421
Date: 4/30/2019
Judge: Elizabeth K. Dillon
Court Reporter: M. Butenschoen
Deputy Clerk: B. Davis

Plaintiff Attorney
William Tucker

Defendant Attorneys
Todd A. Leeson
Kelsey Martin

PROCEEDINGS:
Hearing held to approve settlement. Counsel summarizes the case. The Court approves the settlement.

Time in Court: 9:00a – 9:18a (18 min)